# 𝕽𝖎𝖈𝖍𝖒𝖔𝖓𝖉.

## COMMONWEALTH V. ADAMS BROS. & PAYNE.

### March 21st, 1889.

COUPONS—*Sale without license.*—See *Com'th* v. *Hurt, ante,* p. 918.

Error to judgment of corporation court of Lynchburg, upon application of Adams Bros. & Payne for the identification and verification of coupons alleged to have been cut from State bonds, tendered by them in payment of taxes due the Commonwealth.

*Attorney-General R. A. Ayers,* for the Commonwealth.

No counsel for the defendants in error.

LEWIS, P., delivered the opinion of the court.

This case is, in all respects, like the case of *Commonwealth* v. *Hurt,* just decided. We are therefore of opinion, for reasons stated in writing and filed with the record in that case, that the judgment must be reversed and the case remanded for a new trial.

JUDGMENT REVERSED.